IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JAMES KNIGHT LYMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:14cv0034 |
| CAROLYN W. COLVIN, | ) By: Elizabeth K. Dillon |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

**ORDER**

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on July 7, 2015, recommending that the plaintiff's motion for summary judgment be granted, that the Commissioner's motion for summary judgment be denied, and that the case be remanded for further proceedings under the sixth sentence of 42 U.S.C. § 405(g).

No objections to the report and recommendation have been filed, and the time for doing so has passed. The court is of the opinion that the report and recommendation should be adopted. It is accordingly ORDERED as follows:

    1. The July 7, 2015 report and recommendation (Dkt. No. 28) is ADOPTED in its entirety;

    2. The plaintiff's motion for summary judgment (Dkt. No. 18) is GRANTED;

    3. The Commissioner's motion for summary judgment (Dkt. No. 20) is DENIED; and

    4. This case is hereby REMANDED to the Commissioner for further proceedings

under the sixth sentence of 42 U.S.C. § 405(g).

The clerk is directed to STRIKE this matter from the active docket of the court.  Because this is a remand pursuant to sentence six, the court shall retain jurisdiction.  Once the Commissioner renders a new decision following remand, if the claimant is dissatisfied with the new decision, he may petition the court for entry of an order reinstating the case on the active docket for judicial review of the new decision.  Should both sides be satisfied with the Commissioner's new decision following remand, the prevailing party shall petition the court for entry of a final order adopting and ratifying the new decision.

The clerk is further directed to send a copy of this Order to all counsel of record.

Entered: August 6, 2015.

*Elizabeth K. Dillon*
United States District Judge